[No. 74777-1-I. Division One. July 24, 2017.]

THE STATE OF WASHINGTON, *Respondent*, v. RONALD L. KIRKWOOD, *Appellant*.

Appeal from a judgment of the Superior Court for Whatcom County, No. 14-1-00333-4, Raquel Montoya-Lewis, J., entered February 16, 2016. *Affirmed in part* and *remanded with instructions* by unpublished opinion per Trickey, A.C.J., concurred in by Spearman and Mann, JJ.

[No. 74795-9-I. Division One. July 24, 2017.]

FABIAN VAKSMAN, *Appellant*, v. BRYCE D. LYSTAD, *Respondent*.

Appeal from a judgment of the Superior Court for Snohomish County, No. 15-2-07423-5, Michael T. Downes, J., entered January 22, 2016. *Affirmed* by unpublished opinion per Schindler, J., concurred in by Becker and Leach, JJ.

[No. 74804-1-I. Division One. July 24, 2017.]

THE STATE OF WASHINGTON, *Respondent*, v. JAY ADAM SPEAR, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 15-1-01598-9, Tanya Thorp, J., entered February 26, 2016. *Affirmed* by unpublished opinion per Becker, J., concurred in by Verellen, C.J., and Mann, J.

[No. 74966-8-I. Division One. July 24, 2017.]

THE STATE OF WASHINGTON, *Respondent*, v. PAWEL ALBIN ORLINSKI, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 15-1-03701-0, Samuel Chung, J., entered March 25, 2016. *Affirmed* by unpublished opinion per Becker, J., concurred in by Verellen, C.J., and Mann, J.